UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 23-1948-DMG (MRWx) | Date | October 17, 2023 |
|---|---|---|---|
| Title | *Viktor Puentener v. Federico Pacquing, Jr., et al.* | Page | 1 of 1 |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE**

On August 9, 2023, the Court ordered the parties participate in a mediation conference by October 6, 2022. [Doc. # 30.] As required by the Court's August 9, 2023 Order, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **October 25, 2023**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.