JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VIKTOR PUENTENER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERICO PACQUING, JR., an individual, VIDIVICI, INC., a Nevada corporation; and DOES 1 - 100,<br><br>　　　　Defendants. | Case No. CV 23-1948-DMG (MRWx)<br><br>**STIPULATED JUDGMENT [39]** |

　　　This matter is before the Court on the Stipulation for Entry of Judgment ("Stipulation") entered between Plaintiff VIKTOR PUENTENER and Defendants VIDIVICI, INC. and FEDERICO PACQUING, JR. (the "Parties").

　　　The Court has reviewed the Parties' Stipulation and incorporates the Stipulation by reference herein and finds it has jurisdiction to enter judgment in this matter. For good cause shown, the Court hereby enters judgment on the Stipulation as follows:

　　　1. This Court has jurisdiction over the subject matter and the parties pursuant to 28 USC § 1332 in that this action arises between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interests, $75,000.

2. Venue is proper as to all parties in the Central District of California under 15 U.S.C. § 1391(b).

3. Plaintiff VIKTOR PUENTENER has commenced this action by filing the complaint associated with the above-captioned lawsuit and Defendants have been properly served.

4. The operative Complaint in this matter states a claim upon which relief may be granted against Defendants for breach of contract arising out of the execution of two settlement agreements.

5. Defendant FEDERICO PACQUING JR. filed an answer in this Court and is represented by counsel whose name appears hereafter.

6. Defendant FEDERICO PACQUING JR. consents to entry of judgment to give effect to the settlement between the parties.

7. A Default has been entered against Defendant VIDIVICI, INC., whose corporate status has been revoked by the State of Nevada, causing it to be unable to defend this case. The default of VIDIVICI, INC. has been taken and a default judgment is pending following final resolution of the causes of action asserted against Defendant PACQUING JR.

8. Defendant VIDIVICI consents to entry of judgment to give effect to the settlement between the parties.

9. On October 3, 2023, a settlement of this matter was reached following court-sponsored mediation.

10. On October 17, 2023, a formal Settlement Agreement was executed by Plaintiff and Defendants wherein Defendants are jointly and severally responsible for remitting Two Hundred Sixty Thousand Dollars ($260,000) to Plaintiff on or before October 31, 2023 in accordance with the terms of the "CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE" incorporated by reference in the Stipulations (the "Settlement Agreement").

11. That Defendants have defaulted on the Settlement Agreement by failing to pay the agreed-upon amount of Two Hundred Sixty Thousand Dollars ($260,000) on or before October 31, 2023, breaching the Settlement Agreement.

12. Pursuant to the Settlement Agreement, Defendants are jointly and severally liable for the sum of Two Hundred Ninety Thousand, Four Hundred Fifteen Dollars ($290,415) for their breach of the Settlement Agreement, to be reduced by the amount of any payments received by counsel for Plaintiff Viktor PUENTENER on or before October 31, 2023.

13. The Settlement Agreement provided for entry of this Stipulated Judgment and the retention of jurisdiction by this Court pursuant to the powers of this Court and California Code of Civil Procedure, section 664.6 in the event that Defendants default on their payment obligations or otherwise breach the Settlement Agreement.

14. Based upon the foregoing, the Parties' Stipulation, and the Declaration of Justin Eballar, Esq., the Court finds that Defendants FEDERICO I. PACQUING, Jr. and VIDIVICI, INC., are jointly and severally liable to Plaintiff VIKTOR PUENTENER in the amount of $290,415 less the amount Plaintiff or Plaintiff's Counsel have received according to the declaration filed herewith. Accordingly, the Court enters Judgment in favor of Plaintiff VIKTOR PUENTENER in the foregoing amount.

15. Interest shall accrue on this amount at the rate of 10%, accruing from October 31, 2023 onward, plus attorney's fees and costs incurred in the enforcement of the Settlement Agreement to be determined by motion, less any payments subsequently made by Defendants and received by Plaintiff toward the amount of the Judgment.

16. Payments made to Plaintiff that fail to post to his attorney's trust client account for any reason, including but not limited to insufficient funds, stop payment, or counterfeit shall be deemed not received.

17. Plaintiff PUENTENER is entitled to recover the reasonable attorney's fees and costs that he incurs in enforcement of this Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED in favor of Plaintiff VIKTOR PUENTENER and against Defendants VIDIVICI, INC. and FEDERICO PACQUING, JR. pursuant to this Judgment and all of the terms and conditions recited above.

All scheduled dates and deadlines are VACATED. Any motion for attorney's fees must be filed by December 27, 2023.

DATED: November 27, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE